```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

NICOLE RACKMILL,

                Plaintiff,         24-cv-5373 (JGK)

      - against -              ORDER

ANTHEM LIFE INSURANCE COMPANY,

                Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 4, 2024.

SO ORDERED.

Dated:    New York, New York
          October 21, 2024

                                      _____
                                         John G. Koeltl
                                   United States District Judge