UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICOLE RACKMILL,
                    Plaintiff(s)

        -against-                                  24 civ 5373 (JGK)

ANTHEM LIFE INSURANCE COMPANY,
                    Defendant(s).
------------------------------------------------------------X

**ORDER**

A scheduling order having been entered on November 5, 2024,

The Conference scheduled for November 26, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 18, 2024